160319.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

Attorneys for Plaintiff
Act II Jewelry, LLC d/b/a lia sophia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ACT II JEWELRY, LLC d/b/a/     :
lia sophia,     :
    :
        Plaintiff,     :
v.     :
    :
WEINDLING INTERNATIONAL LLC,     :
PARAG VORA, and ABEY JHAVERI,     :
    :
        Defendants.     :
-------------------------------------------------------x

Civil Action
No. 07 CIV 9501

JUDGE RAKOFF

RECEIVED OCT 24 2007 U.S.D.C. S.D.N.Y. CASHIERS

**DISCLOSURE PURSUANT TO RULE 7.1 AND LOCAL CIVIL RULE 1.9**

       Pursuant to Federal Rule of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff lia sophia certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties that are publicly held:

                                    NONE.

                               Respectfully submitted,

Dated: October 24, 2007            KALOW & SPRINGUT LLP

                               By: _____
                                    Milton Springut (MS6571)
                                    Tal S. Benschar (TSB0838)