UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Index #07 CIV 9501
Date Filed: 10/24/07

---

ACT II JEWELRY, LLC d/b/a lia sophia

                                                      Plaintiff,

-against-

WEINDLING INTERNATIONAL LLC, PARAG VORA, and ABEY JHAVERI,

                                                      Defendants.

---

STATE OF NEW YORK   )
                       : SS.:
COUNTY OF ALBANY   )

Bessie LaGrande being duly sworn, deposes and says:
Deponent is over the age of eighteen years and is a resident of New York State. That on October 26, 2007 at approximately 1:45 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law:
Summons in a Civil Case, Complaint and Rule 7.1 Statement
that the limited liability company served was
WEINDLING INTERNATIONAL LLC a domestic limited liability company, as one of the limited liability company mentioned in this action, by personally serving two copies
of the aforesaid papers at the office of the Department of State, located in the City of Albany,
New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately: 45-59 years of age; height of 5'2"-5'7"; weight of 131-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                      Bessie LaGrande

Sworn to before me
October 26, 2007

Maureen P. TenEyck
Commission expires on 11/26/2008
Notary Public State of New York
Appointed in County of Rensselaer
Registration Number 01TE6119365

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

ACT II JEWELRY, LLC d/b/a/ lia sophia,

    Plaintiff,

**V.**

WEINDLING INTERNATIONAL LLC, PARAG VORA, and ABEY JHAVERI,

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV 9501**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Weindling International, LLC
529 Fifth Avenue
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

_/s/ Marios Quintero_
(BY) DEPUTY CLERK

OCT 24 2007
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/24/07 |
| NAME OF SERVER (PRINT) Matt Lofchie | TITLE Owner-operator, Music Man Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kindling Int'l, 52A 5th Ave, NY, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/26/07
   Date

Signature of Server

22A Washington Ave., Brooklyn, NY 11205
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.