RAKOFF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07
```

161794.1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACT II JEWELRY, LLC d/b/a lia sophia,

    Plaintiff,

 -against-

WEINDLING INTERNATIONAL, LLC
PARAG VORA and ABEY JHAVERI

    Defendants.

STIPULATION EXTENDING THE
DEFENDANTS' TIME TO ANSWER
THE COMPLAINT OR OTHERWISE
APPEAR IN THIS ACTION

Case No. 07 CIV 9501 (JSR)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER THE COMPLAINT OR OTHERWISE APPEAR IN THIS ACTION**

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the respective parties, that the defendants, WEINDLING INTERNATIONAL, LLC, PARAG VORA and ABEY JHAVERI (collectively referred to as the "Defendants") time to answer the Complaint or otherwise appear in the action has been extended up to and including November 30, 2007.

Dated: November 12, 2007

KLESTADT & WINTERS, LLP

By: _____
Brendan M. Scott (BS-7046)
292 Madison Ave., 17th Floor
New York, New York 10017
Tel: (212) 972-3000

Attorneys for Defendants
Weindling International, LLC
Parag Vora and Abey Jhaveri

Dated: November 12, 2007

KALOW & SPRINGUT LLP

By: _____
Tal S. Benschar (TB-0838)
488 Madison Avenue
New York, New York 10022
Tel: (212) 813-1600

Attorneys for Plaintiff
ACT II JEWELRY, LLC d/b/a
lia sophia

SO ORDERED:

November 14, 2007

_____
Hon. Jed S. Rakoff, United States District Judge