UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ACT II JEWELRY, LLC d/b/a lia sophia,

               Plaintiff,      :     Case No. 07 CIV 9501 (JSR)

            -against-

WEINDLING INTERNATIONAL, LLC
PARAG VORA and ABEY JHAVERI

              Defendants.

---------------------------------------------------------------x

**STATEMENT OF DEFENDANT WEINDLING INTERNATIONAL, LLC PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      Weindling International, LLC, defendant herein, by and through its attorneys, Klestadt & Winters, LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that Weindling International, LLC's parent corporation is Twinklediam, Inc. Weindling International LLC further states that no publicly held company holds ten (10%) percent or more of Weindling International, LLC's stock.

Dated: November 30, 2007

                                                  Respectfully submitted,

                                                  KLESTADT & WINTERS, LLP

                                                  By: _____
                                                       Brendan M. Scott (BS-7046)
                                                       292 Madison Ave., 17th Floor
                                                       New York, New York 10017
                                                       Tel: (212) 972-3000

                                                   Attorneys for Defendants
                                                   Weindling International, LLC